FILED
CLERK, U.S. DISTRICT COURT
April 1, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FODREY, | No. 5:18-cv-2434 SJO (SPx) |
| Plaintiff, | Hon. S. James Otero |
| vs. | ~~[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;~~ |
| CITY OF RIALTO, CARLA MCCULLOUCH, JACOB MEDINA, RORY SCALF, ROBERT MUNGUIA, NICHOLAS PARCHER and DOES 1 through 10, | **FINAL JUDGMENT** |
| Defendants. | ~~Date : March 9, 2020~~ ~~Time : 10:00 a.m.~~ ~~Courtroom : 10D~~ |

~~Defendants' Motion for Judgment on the Pleadings came on regularly for hearing on March 9, 2020 at 10:00 a.m. before the Honorable S. James Otero. The parties appeared by and through their counsel(s) of record.~~

*##*

1

~~ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS~~

After consideration of the moving, opposing, and reply papers, any arguments of counsel, and with GOOD CAUSE SHOWING,

**IT IS HEREBY ORDERED:**

1. That Defendants' motion for judgment on the pleadings is GRANTED;
2. That Defendants Carla McCullough, Jacob Medina, Rory Scalf, Robert Munguia, Nicholas Parcher, Johnny Partida, Steven Wright and J. Maltese are dismissed with prejudice;
3. This matter is dismissed in its entirety without further leave to amend;
4. Judgment to be entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

DATED: __April 1__, 2020    _____

                                                      Honorable S. James Otero

                                                     United States District Court Judge